# 150616

Date: 07/12/10

Page:

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-22007 - JANKOWSKI, WALTER T

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **The Motorists Insurance Group**<br>**471 East Broad Street**<br>**Columbus, OH 43215-3861**<br>(8-1) services Per | **000008** | **63.03** | **2.10** |
| ---------- Remittance Total -------------- | | **63.03** | **2.10** |

108

MARVIN A. SICHERMAN, Trustee

FILED
2010 JUL 16 PM 2:51
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COURT1 Printed: 07/12/10 10:20 AM Ver: 15.10b